JOEL M. MANN, CHARTERED
JOEL M. MANN, ESQ.
Nevada State Bar No. 008174
601 South 7th Street
Las Vegas, Nevada  89101
(702) 474-6266
joel@legalmann.com
Attorney for EDUARDO DIAZ-MARTINEZ

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:21-cr-00103-GMN-NJK-1 |
| | ) | |
| vs. | ) | **EMERGENCY STIPULATION TO HAVE DEFENDANT'S BOND REVOKED** |
| | ) | |
| EDUARDO DIAZ-MARTINEZ | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |

**IT IS HEREBY STIPULATED AND AGREED,** by and between JOEL M. MANN attorney for Defendant, EDWARD VERONDA, Assistant United States Attorney, attorney for Plaintiff, UNITED STATES OF AMERICA, that the Court's Order issued on May 24, 2021, releasing the Defendant from Detention, at the request of the Defendant be voluntarily revoked and remand the Defendant back into the custody of the United States Marshal pending the outcome of the above-entitled case.

This Stipulation is entered into for the following reasons:

1. Client is currently on pre-trial release with conditions, based on this Court's May 24, 2021, Order.

2. That Defendant, Eduardo Diaz-Martinez, contacted defense counsel and requested that he voluntarily be remanded into custody.

3. That Defendant, Eduardo Diaz-Martinez, will turn himself into the United States Marshal on Monday, August 16, 2021 at 11:00 a.m.

This request is stipulated and agreed to by both parties involved.

DATED this __13th__ day of __AUGUST__, 2021.

By: __/S/  Joel Mann__  
JOEL MANN, ESQ.  
Counsel for EDUARDO DIAZ-MARTINEZ  
601 South 7th Street  
Las Vegas, Nevada 89101  
Attorney for Defendant

By: */S/ Edward Veronda*  
EDWARD VERONDA, ESQ.  
Assistant U.S. Attorney  
333 Las Vegas Blvd., #5000  
Las Vegas, Nevada 89101  
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:21-cr-00103-GMN-NJK-1 |
| | ) | |
| vs. | ) | **EMERGENCY STIPULATION AND** |
| | ) | **ORDER TO HAVE DEFENDANT'S** |
| EDUARDO DIAZ-MARTINEZ | ) | **BOND REVOKED** |
| | ) | |
| Defendant, | ) | |
| | ) | |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel and good cause appearing therefore, the Court finds that:

1. Client is currently on pre-trial release with conditions, based on this Court's May 24, 2021, Order.

2. That Defendant, Eduardo Diaz-Martinez, contacted defense counsel and requested that he voluntarily be remanded into custody.

3. That Defendant, Eduardo Diaz-Martinez, will turn himself into the United States Marshal on Monday, August 16, 2021 at 11:00 a.m.

**ORDER**

**IT IS THEREFORE ORDERED** that this Court's May 24, 2021, Order granting the Defendant's pre-trial release is voluntarily revoked, and the Defendant is ordered to the custody of the United States Marshal pending the outcome of the above-entitled matter.

///

///

3

**IT IS FURTHER ORDERED** the Defendant, Eduardo Martinez-Diaz, voluntarily turn himself into the United States Marshal on August 16, 2021, at 11:00 a.m.

**IT IS FURTHER ORDERED** that the Defendant, Eduard Martinez-Diaz, will remain in the custody of the United States Marshal until the resolution of the above-entitled matter.

DATED this ____13____ day of August, 2021.

_____
Gloria M. Navarro, District Judge
United States District Court