JOEL M. MANN, CHARTERED
JOEL M. MANN, ESQ.
Nevada State Bar No. 008174
601 South 7th Street
Las Vegas, Nevada  89101
(702) 474-6266
joel@legalmann.com
Attorney for EDUARDO DIAZ-MARTINEZ

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:21-cr-00103-GMN-NJK-1 |
| | ) | |
| vs. | ) | **STIPULATION TO CONTINUE** |
| | ) | **SENTENCING FOR DEFENDANT TO** |
| EDUARDO DIAZ-MARTINEZ | ) | **APPEAR IN PERSON** |
| | ) | |
| Defendant, | ) | |
| | ) | |

**IT IS HEREBY STIPULATED AND AGREED,** by and between JOEL M. MANN attorney for Defendant, EDWARD VERONDA, Assistant United States Attorney, attorney for Plaintiff, UNITED STATES OF AMERICA, that the sentencing currently scheduled for January 12, 2022, at the hour of 11:00 a.m., be vacated and set to a date and time convenient to this Court.

This Stipulation is entered into for the following reasons:

1. Defendant would like to appear in person for his sentencing.

2. Defense counsel and counsel for the government agree to the continuance.

3. That the Defendant would request a new sentencing date, subject to the Court's Calendar that is convenient for the parties.

This is the first request for continuance of sentencing filed herein by Counsel.

DATED this  3rd  day of    JANUARY    , 2022.

By:  /S/  Joel Mann                          By:  /s/ Edward Veronda

JOEL MANN, ESQ.                              EDWARD VERONDA, ESQ.
Counsel for EDUARDO DIAZ-MARTINEZ.           Assistant U.S. Attorney
601 South 7th Street                         501 Las Vegas Blvd. South, #1100
Las Vegas, Nevada 89101                      Las Vegas, Nevada 89101
Attorney for Defendant                       Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:21-cr-00103-GMN-NJK-1 |
| vs. | ) | **FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER** |
| EDUARDO DIAZ-MARTINEZ | ) | |
| Defendant, | ) | |

### FINDINGS OF FACT

Based on the pending Stipulation of counsel and good cause appearing therefore, the Court finds that:

1. Defendant would like to appear in person for sentencing.

2. Defense Counsel and counsel for the government agree to the continuance.

3. That the Defendant would request a new sentencing, subject to the Court's Calendar that is convenient for the parties.

### CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant, because the Defendant has a right to be present at his sentencing and would like to be there in person.

///

///

///

///

## ORDER

**IT IS THEREFORE ORDERED** that the sentencing currently scheduled be vacated and continued to ___February 2___, 2022, at the hour of _10:00 a.m_.

DATED this ___4___ day of ___January___, 2022.

_____
UNITED STATES DISTRICT JUDGE